

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00670-CV

Berenice C. **DIAZ**,
Appellant

v.

James E. **MONNIG**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13493
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

 The clerk's record was due December 15, 2015, but it was not filed. On December 16, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

 We **order** appellant, Berenice C. Diaz, to provide written proof to this court by **December 28, 2015** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* Tex. R. App. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court